# United States Bankruptcy Court
## District of Utah

In re: **Dale E. Capps / Tyna M. Capps**, Debtor(s)

Case No. **14-21632**
Chapter **7**

# MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **February 24, 2014**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **November 6, 2014**  Signature **/s/ Dale E. Capps**
**Dale E. Capps**
Debtor

Date **November 6, 2014**  Signature **/s/ Tyna M. Capps**
**Tyna M. Capps**
Joint Debtor

Attorney **/s/ Bryan T. Adamson**
**Bryan T. Adamson 11982**

**The Justice Firm Legal, LLC**
**DBA Most Affordable Bankruptcy**
**132 West Tabernacle**
**Saint George, UT 84770**
**435-986-8386**
**Fax: 435-986-8388**
**badamson@dixielegal.com**