**The below described is SIGNED.**

Dated: December 12, 2014   /s/ William J. Thurman

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
IN THE CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**DALE E. CAPPS and**<br>**TYNA M. CAPPS,**<br><br>Debtors. | Bankruptcy Number 14-21632<br><br>Chapter 7 |

## ORDER

Pursuant to the request of Michael Thomson, the Chapter 7 Trustee (the "Trustee"), the Court entered an Order to Show Cause on October 17, 2014 as to why Dale E. Capps and Tyna M. Capps (the "Debtors") should not be sanctioned for failing to comply with this Court's Turnover Order entered on June 5, 2014. Prior to the hearing on the Order to Show Cause, the Debtors moved to convert their case to one under Chapter 13. The Court conducted a hearing on the Order to Show Cause on November 25, 2014, at which time representations were made that the Debtors had yet to comply with all requirements listed in the Turnover Order. Nathan Seim appeared on behalf of the Trustee, and Bryan Adamson appeared on behalf of the Debtors.

Based upon the representations made by the parties, the Court hereby **ORDERS** that:

Entered On Docket: 12/12/2014

1. The Debtors' Motion to Convert will be heard on December 18, 2014 at 9:30 AM in Courtroom 2B, United States Bankruptcy Court, 206 West Tabernacle, St. George, UT 84770.

2. The Debtors shall turn over to the Trustee copies of all signed documents relating to the Oregon property by December 3, 2014.

_____End of Document_____

# SERVICE LIST

Service of the foregoing **ORDER** will be effected through the Bankruptcy Noticing Center to each party listed below and all parties on the matrix.

Dale E. and Tyna M. Capps
1812 West Sunset Blvd., #1-431
Saint George, UT 84770
    *Debtor(s)*

Bryan Adamson
The Justice Firm Legal, L.L.C.
132 West Tabernacle
St. George, UT 84770
    *Attorney for Debtors*

Michael F. Thomson tr
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
    *Chapter 7 Trustee*

Office of the United States Trustee
Ken Garff Bldg.
405 South Main Street, Ste. 300
Salt Lake City, UT 84111
    *U.S. Trustee*

```
                          United States Bankruptcy Court
                                 District of Utah
In re:                                                          Case No. 14-21632-WTT
Dale E. Capps                                                   Chapter 7
Tyna M. Capps
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1088-2          User: kjn                Page 1 of 1                Date Rcvd: Dec 12, 2014
                              Form ID: pdfor1          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2014.
db/jdb         +Dale E. Capps,    Tyna M. Capps,    1812 West Sunset Blvd.,    #1-431,
                 Saint George, UT 84770-6565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2014 at the address(es) listed below:
              Bryan   Adamson    on behalf of Defendant Tyna M. Capps badamson@dixielegal.com,
               cbutton@dixielegal.com
              Bryan   Adamson    on behalf of Joint Debtor Tyna M. Capps badamson@dixielegal.com,
               cbutton@dixielegal.com
              Bryan   Adamson    on behalf of Debtor Dale E. Capps badamson@dixielegal.com,
               cbutton@dixielegal.com
              Bryan   Adamson    on behalf of Defendant Dale E. Capps badamson@dixielegal.com,
               cbutton@dixielegal.com
              Jeremy R. McCullough    on behalf of Creditor   Whitmore's Inc. jmcculloughlaw@gmail.com
              Kevin M. Bischoff    on behalf of Creditor    State of Oregon, DCS kevin@osnlaw.com,
               secretary@osnlaw.com
              Kevin M. Bischoff    on behalf of Plaintiff Ellen F. Rosenblum kevin@osnlaw.com,
               secretary@osnlaw.com
              Kevin M. Bischoff    on behalf of Plaintiff   State of Oregon, DCS kevin@osnlaw.com,
               secretary@osnlaw.com
              Mary Margaret Hunt    on behalf of Trustee Michael F. Thomson tr hunt.peggy@dorsey.com,
               long.candy@dorsey.com;koontz.jennifer@dorsey.com
              Michael F. Thomson    on behalf of Trustee Michael F. Thomson tr thomson.michael@dorsey.com,
               montoya.michelle@dorsey.com;koontz.jennifer@dorsey.com
              Michael F. Thomson tr    thomson.michael@dorsey.com,
               UT17@ecfcbis.com;montoya.michelle@dorsey.com;koontz.jennifer@dorsey.com
              Nathan   Seim    on behalf of Trustee Michael F. Thomson tr seim.nathan@dorsey.com,
               koontz.jennifer@dorsey.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 13